■ GREAT AMERICAN INSURANCE COMPANIES et al., Plaintiffs, v BEARCAT FINANCIAL SERVICES, INC., et al., Defendants. PATRICK HAYES, Third-Party Plaintiff-Appellant, v DRESDNER, KLEINWORT, WASSERSTEIN SERVICES, LLC, Third-Party Defendant-Respondent. [934 NYS2d 413]—

Because the first-party complaint alleges that Hayes is liable based only on his own wrongdoing, his third-party claim that he is entitled to common-law indemnification from Dresdner does not state a cause of action (*Mathis v Central Park Conservancy*, 251 AD2d 171, 172 [1998]). Accordingly, the third-party complaint was properly dismissed.

Because the third-party claim was plainly defective, the motion court providently exercised its discretion in determining that it was frivolous and imposing sanctions and costs (*see* 22 NYCRR 130-1.1; *Pickens v Castro*, 55 AD3d 443 [2008]).

We have considered Hayes's remaining contentions and find

them unavailing. Concur—Gonzalez, P.J., Mazzarelli, Andrias, Sweeny and Román, JJ.